### Benjamin T. Rogers v. The People.

*Submitted May 3d. Decided July 11th.*

Error to Ontonagon Circuit.

The same facts existing in this case as in the foregoing case of *Townsend v. The People,* the same judgment was rendered therein.

*A. W. Buel,* for plaintiff in error.

*A. Williams, Attorney General,* for the People.